PROB 12A
(6/21)

# United States District Court
## for
## District of New Jersey
## Report on Individual Under Supervision

Name of Individual Under Supervision: Jabbar Pharmes    Cr.: 21-00824-001
PACTS #: 32286

Name of Sentencing Judicial Officer:    THE HONORABLE JULIEN XAVIER NEALS
UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 01/05/2023

Original Offense:    Count 1: Possession with Intent to Distribute Controlled Substance, 21:841(a)(1) and (b)(1)(C)

Original Sentence: Time served; 3 years supervised release

Special Conditions: Drug Testing and Treatment, Gang restriction, Consent to Search, Life Skills/Education, Support Dependents, $100 Special Assessment

Type of Supervision: Supervised Release    Date Supervision Commenced: 01/05/2023

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

1    The individual under supervision has violated the special supervision condition which states **'You must refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and/or the use of alcohol, and must submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you must submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You must abide by the rules of any program and must remain in treatment until satisfactorily discharged by the Court. You must alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The U.S. Probation Office will supervise your compliance with this condition.'**

On January 6, 2023, Pharmes provided a urine sample which tested positive for the use of marijuana and alcohol.

U.S. Probation Officer Action:

No official Court action is recommended at this time. A copy of this letter will be provided to Mr. Pharmes and will serve as an official written reprimand.

On January 24, 2023, Pharmes provided the probation department with documentation that he obtained a medical marijuana card due to being diagnosed with Intractable Skeletal Spasticity and PTSD. The probation office has directed the IUS not to fill this prescription until Your Honor authorizes him to do so. Please indicate/check below if Pharmes is authorized to fill this prescription.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Kevin Egli/SGM*

By:  KEVIN P. EGLI
     Sr. U.S. Probation Officer

/ kpe

APPROVED:

_____    03/01/2023
SUZANNE GOLDA-MARTINEZ              Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X]  No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

[ ]  Authorize the use of the medical marijuana card.

[ ]  Submit a Request for Warrant or Summons

[ ]  Other

_____
Signature of Judicial Officer

3/1/2023
Date